

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>vs.<br><br>Karl Ivan Avetoom,<br><br>  Defendant. | No. CR- 02-1170-PHX-DGC<br><br>**ORDER** |

Having considered Defendant's Motion for Termination of Release Conditions and there being no objection from the government,

IT IS HEREBY ORDERED that all release conditions previously imposed in this case upon Defendant Karl Avetoom are terminated.

IT IS FURTHER ORDERED that the United States government will record a release of the Deed of Trust with Assignment of Rents as Additional Security (Recorders Number 2003000136412) recorded on February 5 2003, Orange County, California within _30_ days of this order.



Page 1

DATED this 12th day of August, 2004.

*David G. Campbell*
Judge David G. Campbell
Judge of the U.S. District Court

