UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br><br>v.<br><br>Karl Avetoon,<br><br>  Defendant. | NO. CR-02-1170-PHX-DGC<br><br>**ORDER DISMISSING DEFENDANT KARL AVETOON FROM THE ORIGINAL INDICTMENT WITHOUT PREJUDICE** |

Pursuant to the United States' Motion, and with the consent and agreement of defense counsel, and good cause appearing,

IT IS HEREBY ORDERED dismissing the original Indictment against Karl Avetoon without prejudice this 10th day of December, 2004.

DAVID G. CAMPBELL
United States District Court Judge